# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142230 & (13)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LAWRENCE EUGENE DELL,
        Defendant-Appellant.

SC: 142230
COA: 297930
St. Clair CC: 95-001361-FC

_____/

     On order of the Court, the application for leave to appeal the September 21, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

d0418